UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
(NORTHERN DIVISION)

IN RE:

SHAON M. DEGREIF AND
KIMBERLY S. DEGREIF,

               Debtors.
_____/

Case No: 14-90351
Chapter: 13
Filed On: Oct. 2, 2014
Confirmed On: Dec. 12, 2014
Judge: Hon. John T. Gregg

## DEBT PLAN AMENDMENT NO. 1 (POST-CONFIRMATION)

       Shaon M. DeGreif and Kimberly S. DeGreif, Debtors, through their attorney, hereby amend their debt work out plan as follows:

       1. The Debtors will pay to the Trustee the sum of $2,050 per month commencing July 2, 2017 and every month thereafter to fund the debt plan. In addition, they will pay over their tax refunds to the Trustee.

       2. All terms of the debt plan not inconsistent with this amendment remain part of the debt plan. All terms of the debt plan which are in conflict with this amendment are superceded by this amendment.

Date: 7-11-17

_____
Shaon M. DeGreif, Debtor

Date: 7-11-17

_____
Kimberly S. DeGreif, Debtor

DRAFTED BY:

_____  7/27/17
David E. Bulson (P32706)
Attorney for Debtors
402 Ashmun St., P.O. Box 579
Sault Ste. Marie, MI 49783
(906) 632-1118